IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAELON HILL-JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 19-1165 |
| ORLANDO HARPER, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM ORDER

Daelon Hill-Johnson (Petitioner) has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case was referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Kelly issued a Report and Recommendation, filed August 2, 2023, recommending that Petitioner's action be dismissed as moot and that a certificate of appealability, to the extent one is required, be denied. ECF No. 42. Objections to the Report and Recommendation were due by August 28, 2023. Petitioner has not filed Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of September 2023,

IT IS ORDERED that the Report and Recommendation, ECF No. 42, filed on August 3 26, 2023, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that this case is dismissed as moot.

A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

    s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc:    Daelon Hill-Johnson, pro se
       180163
       Allegheny County Jail
       950 Second Avenue
       Pittsburgh, PA 15219